Henry I. Green, appellee, v. Ashland Sixty-third State Bank, appellant. Gen. No. 34,070.

Heard in the first division of this court for the first district at the February term, 1930. Opinion filed December 22, 1930. Rehearing denied January 5, 1931.

Deneen, Healy & Lee, for appellant; Harry W. Lippincott and Donald N. Schaffer, of counsel. Kirkland, Fleming, Green & Martin and Green & Palmer, for appellee; Joseph B. Fleming, Jay Fred Reeve, Oris Barth and Joseph H. Pleck, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Ross R. Branam, appellee, v. Grand Trunk Western Railway Company, appellant. Gen. No. 34,244.

Heard in the first division of this court for the first district at the April term, 1930. Opinion filed December 22, 1930.

McCordic, Dent & Freeman, for appellant; Joseph O. McKiernan, of counsel. Joseph D. Ryan, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Mike Orban, defendant in error, v. Imre Faczan, plaintiff in error. Gen. No. 34,515.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed December 22, 1930.

Frederick Mains, for plaintiff in error. Bertram H. Montgomery, for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Jeanette Reichold, appellee, v. City of Chicago, appellant. Gen. No. 34,523.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed December 22, 1930.

Samuel A. Ettelson, Corporation Counsel, and William D. Saltiel, City Attorney, for appellant; Robert G. Lewis, Assistant City Attorney, and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. James L. Bynum, George E. Sankstone and Henry J. Gibbs, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.